The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | |
|---|---|
| KENNETH L. JARAMILLO, individually and as Personal Representative of the Estates of ANGELA L. JARAMILLO and McKENNA LEE JARAMILLO; GERALD R. TARUTIS as guardian ad litem for RILEY R. JARAMILLO, a minor; and BRADFORD J. FULTON as guardian ad litem for SAWYER D. JARAMILLO a minor,<br><br>                    Plaintiff,<br>         v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>                    Defendants. | NO.  C01-5311JKA<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

All of the parties, acting by and through their undersigned attorneys of record, hereby stipulate that plaintiffs' claims against Ford Motor Company be dismissed with prejudice and without costs, and that the subjoined order of dismissal shall be entered forthwith.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (No. C01-5311JKA)- 1-

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Dated this _____ day of June 2005.

STRITMATTER KESSLER WHELAN
WITHEY COLUCCIO
Attorneys for Plaintiff


By: _____
   Paul W. Whelan
   WSBA No. 2308
   Peter O'Neil
   WSBA No. 28198

Dated this _____ day of June 2005.

MILLS MEYERS SWARTLING
Attorneys for the defendant
Ford Motor Company


By: _____
   David D. Swartling
   WSBA No.: 6972
   Raymond S. Weber
   WSBA No. 18207
   Caryn Geraghty Jorgensen
   WSBA No. 27514

## ORDER

THIS MATTER having come before the undersigned Judge based upon the foregoing stipulation and the Court having reviewed the files and records herein and deeming itself fully advised,

NOW THEREFORE, it is hereby ordered that plaintiffs' claims against Ford Motor Company are dismissed with prejudice and without costs to any party.

DATED this 15th day of June, 2005.


   /s/ J. Kelley Arnold_____
   Judge J. Kelly Arnold

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (No. C01-5311JKA)- 2-

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1
2
3
4
5   Presented by:

6   MILLS MEYERS SWARTLING
    Attorneys for the defendant
7   Ford Motor Company

8
9
    By: _____
10      David D. Swartling
        WSBA No.: 6972
11      Raymond S. Weber
        WSBA No. 18207
12      Caryn Geraghty Jorgensen
13      WSBA No. 27514

14  Approved as to Form
    Notice of Presentation Waived:
15
16  STRITMATTER KESSLER WHELAN
    WITHEY COLUCCIO
17  Attorneys for Plaintiff

18
19
    By: _____
20      Paul W. Whelan
        WSBA No. 2308
21      Peter O'Neil
          WSBA No. 28198
22
23
24
25
26

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (No. C01-5311JKA)- 3-

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343